THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTHA VAN IDERSTINE, Relator, v. WILLIAM E. WALSH and Others, Constituting the Board of Appeals of the City of New York, Respondents.— Final order affirmed, without costs. No opinion. Rich, Jaycox and Kapper, JJ., concur; Manning and Kelby, JJ., dissent.

MILDRED REILLY, an Infant, by JOHN J. REILLY, Her Guardian ad Litem, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW ROCHELLE, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Kapper, JJ.

ABRAHAM J. RIVLIN and Others, Appellants, v. CHARLES BRYMER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

SAGE FOUNDATION HOMES COMPANY, Respondent, v. SAGE-FOREST HILLS ASSOCIATES, INC., and Others, Appellants.— Judgment affirmed, with costs. The 30th finding of fact, found as proposed by defendant, is reversed as contrary to the evidence. No opinion. Kelly, P. J., Kelby and Kapper, JJ., concur; Rich and Manning, JJ., dissent.

CHARLES SAUER, Appellant, v. STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Respondent.— Judgment and order reversed upon the law, and new trial granted, with costs to abide the event, for error in the charge of the trial court appearing at folio 723 of the record on appeal.' No opinion. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Manning, J., dissents.

SAMUEL SKUTARICH, Respondent, v. OVERSEAS SHIPPING COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

AGAPITO VASQUEZ, as Administrator, etc., of MAXIMILIANO SANCHEZ, Deceased, Respondent, v. PANAMA RAILROAD COMPANY, Appellant.— Judgment modified by striking out the item of $717.50, being interest on the verdict, on authority of *Lynott* v. *Great Lakes Transit Corporation* (202 App. Div. 613, 621), and as so modified the judgment, and the order, are unanimously affirmed, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ISRAEL ABRAMOWITZ, Plaintiff, v. JOSEPH SPANIER, Respondent, Impleaded with GREATER NEW YORK LUMBER CO., INC., and Others, Defendants, and HERMAN BRAUNSTEIN and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.